**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| ANGELICA DYSON,<br>      Plaintiff, | )<br>)<br>) |
| v. | ) CAUSE NO.: 2:20-CV-403-JPK<br>) |
| TEAM, INC.,<br>      Defendant. | )<br>)<br>) |

**ORDER**

This matter is before the Court on a Joint Stipulation of Dismissal With Prejudice [DE 20], filed by the parties on June 24, 2021. A plaintiff may voluntarily dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties have done so in this case, dismissing all claims with prejudice. Accordingly, the Court **ACKNOWLEDGES** that Plaintiff's Complaint is **DISMISSED with prejudice by the parties**, without award of costs or fees to any party.

So ORDERED this 28th day of June, 2021.

s/ Joshua P. Kolar
MAGISTRATE JUDGE JOSHUA P. KOLAR
UNITED STATES DISTRICT COURT